```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, and TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH & WELFARE FUND, serving in their capacity as the named fiduciaries of the Printing Specialties & Paper Products Joint Employer and Union Health and Welfare Fund, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3225 |
| V. | ) ) | |
| GOLDENROD PRINTING, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the parties' joint oral motion for a continuance,

IT IS ORDERED: The Rule 26 report of parties' planning conference shall be filed on or before January 14, 2009.

DATED this 29th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge