IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, and TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH & WELFARE FUND, serving in their capacity as the named fiduciaries of the Printing Specialties & Paper Products Joint Employer and Union Health and Welfare Fund,<br><br>    Plaintiffs,<br><br> V.<br><br>GOLDENROD PRINTING, INC.,<br><br>    Defendant. | )))))))))))))))))))))) | 4:08CV3225<br><br>**ORDER** |

  This matter is before the court on the defendant's motion to enlarge time in which to file initial trial briefs (filing 25). The court, being fully advised in the premises, finds that the motion should be granted.

  IT IS ORDERED that the parties are given until September 16, 2009, to file their trial briefs in the above captioned matter.

  September 15, 2009.

                   BY THE COURT:
                   *Richard G. Kopf*
                   United States District Judge