IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, and TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH & WELFARE FUND, serving in their capacity as the named fiduciaries of the Printing Specialties & Paper Products Joint Employer and Union Health and Welfare Fund, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:08CV3225<br><br><br><br><br>**ORDER** |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| GOLDENROD PRINTING, INC., | ) ) | |
| Defendant. | ) ) | |

   This matter is before the court on Plaintiffs' unopposed motion for an extension of time to file responsive trial briefs (filing 32).  The motion shall be granted.

   IT IS ORDERED that the parties have until September 23, 2009, in which to file their responsive trial briefs.

   September 22, 2009.

                              BY THE COURT:
                              *Richard G. Kopf*
                              United States District Judge