IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, and TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH & WELFARE FUND, serving in their capacity as the named fiduciaries of the Printing Specialties & Paper Products Joint Employer and Union Health and Welfare Fund, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:08CV3225 |
| GOLDENROD PRINTING, INC., | ) ) | |
| Defendant. | ) ) ) ) | ORDER |

Upon the notice provided by defense counsel,

IT IS ORDERED this case has settled and is removed from the trial docket. Within 30 days, counsel shall provide the undersigned with the appropriate settlement papers. If those papers are not provided within that time, this matter may be dismissed without further notice.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge