IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, and TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH & WELFARE FUND, serving in their capacity as the named fiduciaries of the Printing Specialties & Paper Products Joint Employer and Union Health and Welfare Fund,<br><br>    Plaintiffs,<br><br>  V.<br><br>GOLDENROD PRINTING, INC.,<br><br>    Defendant. | 4:08CV3225<br><br>**JUDGMENT** |

  Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 38) and Fed. R. Civ. P. 41,

  IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

  January 12, 2010.

                BY THE COURT:
                *Richard G. Kopf*
                United States District Judge